IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TABITHA PETERSON,<br><br>     Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>     Defendant. | **8:22CV47**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 43). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice.

Dated this 9th day of November, 2023.

            BY THE COURT:

            s/ Joseph F. Bataillon
            Senior United States District Judge